JAMES I. ALBERTY, ADMINISTRATOR OF THE ESTATE OF CHESTER AL-
BERTY, DECEASED, PLAINTIFF, v. CITY OF GREENSBORO, DEFENDANT.

(Filed 21 May, 1941.)

**Municipal Corporations § 14—**

Nonsuit *held* proper in this action to recover for death of intestate, who
was killed when he failed to discover and take a curve in the street, but
drove straight on into a ditch and trees growing near an old abandoned
road.

APPEAL by plaintiff from *Pless, Jr., J.*, at 3 February Term, 1941, of
GUILFORD. Affirmed.

*Harry R. Stanley for plaintiff, appellant.*
*Andrew Joyner, Jr., and H. C. Wilson for defendant, appellee.*

PER CURIAM. Plaintiff's action is for damages against the city of
Greensboro for alleged negligence in failing to keep a portion of Ran-
dolph Avenue safe for travel. At the place the injury occurred there is
a decided curve in the street, and straight ahead, in the direct line of
travel, there is a disused road, formerly a part of the main way. This
old road is not barricaded from the street, and the allegation is that the
street was not sufficiently lighted at that point to enable the deceased to
discover the surroundings. There was a slight declivity, a ditch, and trees
growing near the old road which it is alleged were a source of danger,
and the whole situation is alleged to be of such a character as to lure
deceased into a trap.

Driving down this street with some companions late at night, deceased
failed to take the curve, drove off the highway, and was killed.

We agree with the court below that there is no evidence to sustain a
verdict for the plaintiff and the judgment as of nonsuit was proper.

Affirmed.